BACHMAN v. HARRINGTON. (Supreme Court, Appellate Division, Fourth Department. December 6, 1905.) Action by Max Bachman against Charles H. Harrington. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions to be reviewed certified.

---

BALL v. BALL. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Mary C. Ball against Flexman E. Ball. No opinion. Motion to open default denied.

---

BANKERS' SURETY CO. v. ROTHSCHILD et al. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Appeal from Special Term, New York County. Action by the Bankers' Surety Company against David Rothschild and others. From an order denying a motion to strike out certain allegations of the complaint as irrelevant and to make the complaint more definite and certain, defendant Isaac Frank appeals. Reversed. Carlisle J. Gleason, for appellant. Henry White, for respondent.

INGRAHAM, J. The learned judge at Special Term, recognizing the extraordinary character of this action, came to the conclusion that while he would be inclined in an action at law to apply the strict rules of pleading, in an equity case of the extraordinary character of the case here presented, in view of the inherent difficulties necessarily involved in the presentation of the case, he deemed it a better and safer practice to remit the consideration of the questions presented upon the motion then before him to the deliberate action of the trial justice, before whom all the facts would be unfolded. I am inclined to think that he was right in so far as this applies to the allegations of the complaint, which relate to the relations between the various defendants, and which bore upon the scheme adopted by them, resulting in the wrongs for which the plaintiff seeks to hold these defendants liable; but, giving the plaintiff the full benefit of this conclusion, there are certain allegations of this complaint that can have no possible bearing upon the combination between these defendants, or, if they have any relation at all, it would be an allegation of evidence to prove the general allegations of a conspiracy or combination between the defendants. Thus the eighth paragraph of the complaint, alleging the organization of the Globe Security Company and the Equitable National Bank, seems to be of no possible relevancy. The twelfth paragraph seems to be also irrelevant. At most, the facts alleged might be proved as tending to establish the relations that existed between Rothschild and the appellant, Frank, but are entirely out of place in a complaint. The same applies to paragraphs 13, 15, 16, 17, 18, 19, and 20. Paragraph 38 is also irrelevant. Paragraphs 39, 42, and 43, while irregular in form, contain some allegations of fact which may be relevant. I think it is improper to allege in a pleading the fact that Rothschild kept a ledger account of transactions with Frank in a small book, which he designated as his private ledger, and what Frank did as a

witness before a referee in another action and his testimony as to these books. While it is possible that some of these facts might be competent evidence upon the trial, they are improper in a pleading. My conclusion is that the order appealed from should be reversed, with $10 costs and disbursements of this appeal, and the motion granted, to the extent of striking out paragraphs 8, 12, 13, 15, 16, 17, 18, 19, 20, 38, 39, 42, and 43, with $10 costs; the plaintiff to have leave to serve an amended complaint.

---

In re BARNES. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) In the matter of the application of T. George Barnes to compel the delivery of books, papers, etc. No opinion. Motion for stay of proceedings denied.

---

BARNES et al., Respondents, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by William S. Barnes and others against the Long Island Railroad Company. No opinion. Appeal withdrawn.

---

BARNETT, et al., Respondents, v. J. B. SPARROW THEATRICAL & AMUSEMENT CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Samuel Barnett and Florence Barnett against the J. B. Sparrow Theatrical & Amusement Company, Limited. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

BARRETT CHEMICAL CO., Appellant, v. STERN, Respondent. (Supreme Court, Appellate Division, First Department. January 19, 1906.) Action by the Barrett Chemical Company against Julius Stern. A. W. Barber, for appellant. A. Furber, for respondent. No opinion. Judgment affirmed, with costs.

---

BARSON et al., Respondents, v. MULLIGAN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 19, 1906.) Action by William G. Barson and another against Agnes K. M. Mulligan and another. C. W. Dayton, for appellants. H. A. Forster, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

BASSO, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1906.) Action by Rosa Basso, an infant, against the Press Publishing Company. J. C. Robinson, for appellant. G. R. Hawes, for respondent. No opinion. Judgment and order affirmed, with costs.

---

BAUCHELLE v. ROTHSCHILD. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by William M. Bauchelle against Jacob Rothschild. No opinion. Motion denied, with $10 costs.

---

BEAN, Appellant, v. NEW YORK EDISON CO., Respondent. (Supreme Court, Appellate Division, First Department. December 30,

1905.) Action by Josephine Bean against the New York Edison Company. D. Serier, for appellant. C. I. Taylor, for respondent. No opinion. Determination affirmed, with costs.

BEAN v. NEW YORK EDISON CO. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by Josephine Bean against the New York Edison Company. No opinion. Motion denied, with $10 costs.

BEARDSLEY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Edmond Beardsley against the city of New York. No opinion. Motion denied.

BEARDSWORTH, Appellant, v. WHITEHEAD, Respondent. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Lillie Beardsworth, individually, against John L. Whitehead, individually. J. E. Pendleton, for appellant. J. Eisner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BECK, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division. First Department. January 12, 1906.) Action by Jacob Beck against the Manhattan Railway Company. S. Babcock, for appellant. M. P. Lynch, for respondent. No opinion. Judgment and order affirmed, with costs.

BECKER, Respondent, v. SEGGIE, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Louis Becker against William Seggie. W. L. Mathot, for appellant. J. E. Roeser, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BEDELL, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Elmer V. Bedell against the city of New York. C. L. Hoffman, for appellant. T. Connoly for respondent.

PER CURIAM. Judgment affirmed, with costs.

CLARKE, J., dissents.

BENDER, Appellant, v. PAULUS, et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by Catherine Bender against Philipp Paulus and another. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

BENDT, Respondent, v. BENDT, appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Catherine Bendt against Mary E. Bendt, as administratrix of May A. Brockwell, deceased. No opinion. Judgment of the Municipal Court affirmed, with costs.

BENGSTON, Respondent, v. SWANSTON, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.)

Action by Mathilda A. Bengston against Daniel Swanston. No opinion. Judgment of the Municipal Court modified by striking out the provision allowing the $10 costs, and, as modified, affirmed without cost.

======    (110 App. Div. 915)

BERGER, Appellant, v. WALDBAUM et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Morris Berger against Annie Waldbaum and Annie Malzman. No opinion. Judgment affirmed, with costs, upon the opinion of Mr. Justice Maddox at Trial Term, 93 N. Y. Supp. 352.

BERKOWITZ, Appellant, v. CHICAGO, M. & ST. P. RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by David Berkowitz against the Chicago, Milwaukee & St. Paul Railway Company and the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument as to the respondent the New York Central & Hudson River Railroad Company granted, and case set down for Tuesday, February 27, 1906.

BERRY, Respondent, v. FRENCH, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by Watson B. Berry against David A. French. No opinion. Judgment and orders unanimously affirmed, with costs.

BIRD v. GROUT, Comptroller, et al., (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by William E. Bird, Jr., against Edward M. Grout, as Comptroller, etc., and Benjamin May. No opinion. Motion granted.

BLANSETT, Appellant, v. DUFFY, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Charles T. Blansett against Walter B. Duffy. No opinion. Judgment affirmed, with costs.

BLOOM, Respondent, v. HAMMER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by Julius Bloom against Paul Hammer, Isaac Levin, Simon Levin, Bernard Mosseson, and Solomon Levin, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

======    (111 App. Div. 922)

BLUM, Appellant, v. WHITNEY et al., Respondents. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Appeal from Special Term, New York County. Action by Edwin Blum against Harry Payne Whitney, as executor, etc., and others. From an interlocutory judgment sustaining demurrers to the third amended complaint, plaintiff appeals. Affirmed. Wm. M. Bennett, for appellant. Courtland V. Anable, for respondents Whitney and others. John R. Dos Passos, for respondents Rice and others.

PER CURIAM. We are all of the opinion that the case of Hutchinson v. Simpson, 92